**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HORACE W. CRUMP, JR.,

Plaintiff,

v.

JOHN WALKER, *et al.*,

Defendants.
____________________________________/

Case No. 2:26-cv-11580

Hon. Brandy R. McMillion
United States District Judge

Hon. Patricia T. Morris
United States Magistrate Judge

**ORDER ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF NO. 19) AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 12)**

Plaintiff Horace W. Crump, Jr. ("Crump" or "Plaintiff") filed this *pro se* prisoner civil rights case against Correction Officers Walker, Jones, Shell, Anderson, and Richardson; Hearing Investigator Vernatt; Sergeants Vann and Chomicz; Nurses Hughes and Stokes; and Grievance Coordinator Nenrod (collectively, "Defendants"). *See generally* ECF No. 1. Jackson alleges that Defendants violated his constitutional rights by retaliating against him and being deliberately indifferent to his medical needs. *Id.* All pretrial matters were referred to Magistrate Judge Patricia T. Morris. *See* ECF No. 13.

On July 27, 2026, Defendants moved for summary judgment arguing that Crump failed to fully exhaust his administrative remedies prior to bringing this suit. *See generally* ECF No. 12. Plaintiff filed a response, and the Defendants replied. *See* ECF Nos. 16, 17. On October 15, 2026, Magistrate Judge Morris issued a Report and Recommendation ("R&R") recommending that the Court grant in part and deny in part Defendants' Motion for Summary Judgment. *See* ECF No. 19. The recommendation was to grant the motion as to Defendants Walker, Jones, and Shell, dismissing them from the case; but deny it as to everyone else and allow the claims asserted against all other defendants to survive. *Id.* at PageID.137.

At the end of the R&R, the Magistrate Judge advised the parties that to seek review of her recommendation, the parties were required to file specific objections with the Court within 14 days of service of the R&R. *Id.* at PageID.152-153. That time has passed and neither party has filed objections to the R&R or contacted the Court to ask for more time to file objections.

The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also Ivey v. Wilson*, 832 F.2d 950, 957-58 (6th Cir. 1987) (explaining that a party's failure to timely object to a report and recommendation allows a court to accept the recommendation "without expressing any views on the merits of the magistrate's conclusions"). Similarly, failure to object to an R&R forfeits any further right to

appeal. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (recognizing that a party forfeits their right to appeal by failing to timely file objections to an R&R).

Accordingly, because neither party objected to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of Defendant's Motion is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 12) is **GRANTED IN PART AND DENIED IN PART**. It is granted as to Defendants Walker, Jones, and Shell and denied as to all other defendants.

**IT IS FURTHER ORDERED** that the Defendants Walker, Jones, and Shell are **DISMISSED** from this action.

**IT IS SO ORDERED.**

Dated: November 23, 2026
Detroit, Michigan

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
United States District Judge